ORIGINAL                                                                                          ORIGINAL

Robert J. Beles bar No. 41993
Paul McCarthy bar no. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Petitioner*
STEVEN ALLEN JONES

# United States District Court
# Eastern District of California

| | |
|---|---|
| STEVEN ALLEN JONES, | No. **2:10-CV-00196-MCE-GGH** |
| *Petitioner*, vs. | TRAVERSE |
| MIKE MCDONALD, Warden, High Desert State Prison, Susanville, California, | |
| *Respondent.* | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| *Real Party in Interest.* | |

**TRAVERSE**

Eastern District Local Rule 191(j)(3) provides:

"Respondent shall file an answer to the petition with accompanying points and authorities within thirty (30) days from the date of service of the petition. Respondent shall include in the answer the matters defined in Rule 5 of the Rules Governing §2254 Cases and shall attach any other relevant documents not already filed."

Rule 5(b) of the Governing Rules provides:

"(b) Contents: Addressing the Allegations; Stating a Bar. The answer must address the allegations in the petition. In addition, it must state whether any claim in the petition is barred by a failure to exhaust state remedies, a procedural bar, non-retroactivity, or a statute of limitations."

On June 3, 2010, respondent filed a document titled "Answer to Petition for Writ of Habeas Corpus." This document is something of a combined Answer and memorandum of points and authorities. It begins with the table of contents and authorities and does not

ORIGINAL                                                                                                    ORIGINAL

specifically list the Answer in the table of contents, but what it apparently an answer follows thereafter, albiet untitled.  On page 2, the answer asserts a single affirmative bar to petitioner's first ground for relief and does not assert any other procedural defenses, such as a failure to exhaust, non-retroactivity, or a statute of limitations.

In response to the answer, petitioner reasserts all of the allegations of the petition for writ of habeas corpus.  In response to the asserted defense to petitioner's first ground for relief, petitioner affirmatively states that the *Teague* rule is inapplicable in that the first ground is based on *Hicks v. Oklahoma*, 447 U.S. 343, 346, 65 L. Ed. 2d 175, 100 S. Ct. 2227 (1980), a United States Supreme Court case that predates petitioner's petitioner's November 2004 trial by some twenty-four years.

Dated:  Oakland, California, Tuesday, October 5, 2010.

s/ Paul McCarthy

**Robert J. Beles**
Paul McCarthy
Attorneys for *Petitioner STEVEN ALLEN JONES*

# PROOF OF SERVICE

I, the undersigned, depose and state: I reside or do business within the County of Alameda. I am eighteen years of age or older and not a party to this action. My business address is 1 Kaiser Plaza, Suite 2300, Oakland, CA 94612-3642.

On Tuesday, October 5, 2010, I served the following documents:

**Traverse**

I served the following persons by ❏ U.S. mail ❏ FAX ❏ personal delivery:

| | |
|---|---|
| Catherine Chatman<br>Attorney General's Office for the State of California<br>1300 I Street<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>(916) 324-5364<br>Fax: (916) 324-2960<br>Email: catherine.chatman@doj.ca.gov | Steven Jones CDC F-23851<br>High Desert State Prison<br>P.O. Box 3030, B-2 139 Upper<br>Susanville, CA 96127-3030 |

Attorney for Respondent

I declare under penalty of perjury that the above is true. Executed in Oakland, California on Tuesday, October 5, 2010              .

s/ Paul McCarthy