IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ALLEN JONES,

    Petitioner,                      2: 10 - cv - 196 - MCE TJB

    vs.

MIKE McDONALD,

    Respondent.                    <u>ORDER</u>

_____/

    Petitioner, Steven Allen Jones, is a state prisoner proceeding with a counseled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In Claim I of his petition, Petitioner claims that his trial violated due process because the testimony of his accomplice, Leon Flanagan, was not corroborated as required by California law. *See* Cal. Penal Code § 1111. While Petitioner admits that a violation of Section 1111, by itself, does not warrant federal habeas relief, Petitioner contends that Section 1111 creates a liberty interest protected by the Due Process Clause. *See Laboa v. Calderon*, 224 F.3d 972, 979 (9th Cir. 2000).

    Since the parties submitted their final briefs, the Supreme Court of the United States issued its decision in *Swarthout v. Cooke*, __ U.S. __, 131 S.Ct 859, 178 L.Ed.2d 732 (2011) (per curiam). In that decision, the Court had the opportunity to discuss, within the context of parole,

1 | the scope of federal habeas review when a state-created liberty interest is at issue. *Id.* at 861-63.

2 | Accordingly, IT IS HEREBY ORDERED that the parties shall each file a brief within twenty-one (21) days of this Order addressing the impact (if any) that *Swarthout v. Cooke* has on this case.

DATED: October 26, 2011

_____
TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE