IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ALLEN JONES,

      Petitioner,                 2: 10 - cv - 196 - MCE TJB

  vs.

MIKE McDONALD,

      Respondent.             ORDER

_____/

    Petitioner has requested a thirty day extension of time to file a supplemental brief ordered by the undersigned on October 26, 2011. Petitioner and Respondent were ordered to file contemporaneous supplemental briefs to address the effect, if any, of *Swarthout v. Cooke*, __ U.S. __, 131 S.Ct 859, 178 L.Ed.2d 732 (2011) (per curiam), on Petitioner's first claim for relief. Respondent does not oppose the motion. Based upon the representations made and only for this request, it is determined that good cause has been shown, and the request is granted. Petitioner is advised that no further extensions of time will be granted, except for verified and extraordinary good cause shown.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request filed November 16, 2011 for an extension of time is GRANTED; and

2. Petitioner shall file his supplemental brief on or before December 16, 2011.

DATED:  November 17, 2011

TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE