IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ALLEN JONES,

      Petitioner,                               2: 10 - cv - 196 - MCE TJB

   vs.

MIKE McDONALD,

      Respondent.                            ORDER

_____/

     Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On March 16, 2012, Magistrate Judge Bommer filed findings and recommendations herein which recommended the petition be denied.  The findings and recommendations were served on petitioner and contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty-one days.  Petitioner has filed objections to the findings and recommendations.  Respondent did not file a reply to Petitioner's objections.

///

///

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
2  court has conducted a de novo review of this case. Having carefully reviewed the entire file, the
3  court finds the findings and recommendations to be supported by the record and by proper
4  analysis.
5   Accordingly, IT IS HEREBY ORDERED that:
6   1. The findings and recommendations filed October 20, 2011 are adopted in full;
7   2. Petitioner's petition for writ of habeas corpus is DENIED;
8   3. A certificate of appealability shall issue as to petitioner's first claim, and his first
9      claim only; and
10  4. The Clerk is directed to close the case.

Dated:  December 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE