## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**STEVEN ALLEN JONES,**

CASE NO: **2:10−CV−00196−MCE−TJB**

v.

**MIKE MCDONALD,**

**XX** −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/5/12**

**Victoria C. Minor**
Clerk of Court

ENTERED: **December 5, 2012**

by: /s/ A. Meuleman
Deputy Clerk