Robert J. Beles bar No. 41993
Paul McCarthy bar no. 139497
Law Offices of Beles & Beles
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioner*
STEVEN ALLEN JONES

# United States District Court
# Eastern District of California

| | |
|---|---|
| STEVEN ALLEN JONES,<br><br>　　　　*Petitioner*,<br>　vs.<br><br>GARY SWARTHOUT, Warden, California State Prison, Solano, California,<br><br>　　　　*Respondent*.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　*Real Party in Interest*. | No. **2:10-CV-00196-MCE-TJB**<br><br>NOTICE OF APPEAL |

**NOTICE OF APPEAL**

To the clerk of the Northern District of California:

Please take notice that petitioner appeals from the Judgment of dismissal, entered in this case on December 5, 2012, to the United States Court of Appeal for the Ninth Circuit. Petitioner will be filing a prisoner's application to proceed in forma pauperis and requests that the filing fee be deferred until that time.

Dated:  Oakland, California, Wednesday, December 26, 2012.

　　　　　　　　　　　　　　　　　　　　s/ Paul McCarthy
　　　　　　　　　　　　　　　　　　　　────────────────────────
　　　　　　　　　　　　　　　　　　　　Robert J. Beles
　　　　　　　　　　　　　　　　　　　　Paul McCarthy
　　　　　　　　　　　　　　　　　　　　Attorneys for *Petitioner* STEVEN ALLEN JONES